**FILED**

AUG - 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | S U P E R S E D I N G |
| | ) | I N D I C T M E N T |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. ___4:24CR 363___ |
| KAPRISE SLEDGE, | ) | Title 18, United States Code, |
| THOMAS SLEDGE, | ) | Sections 924(c)(1)(A)(iii), 1111, |
| | ) | 1114(a)(1), and 2 |
| Defendants. | ) | |

## COUNT 1
(Murder of an Officer and Employee of the United States, 18 U.S.C. §§ 1111, 1114(a)(1), and 2)

The Grand Jury charges:

1.      On or about March 2, 2024, in the Northern District of Ohio, Eastern Division, Defendants KAPRISE SLEDGE and THOMAS SLEDGE did, with premeditation and malice aforethought, unlawfully kill J.D., a United States Postal Service Letter Carrier, an officer and employee of the United States, while J.D. was engaged in the performance of his official duties, in violation of Title 18, United States Code, Sections 1114(a)(1), 1111, and 2.

## COUNT 2
(Using, Carrying, and Discharging a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. §§ 924(c)(1)(A)(iii), and 2)

The Grand Jury further charges:

2.      On or about March 2, 2024, in the Northern District of Ohio, Eastern Division, Defendants KAPRISE SLEDGE and THOMAS SLEDGE did knowingly use and carry a firearm, and that firearm was discharged, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, to wit: Murder of an Officer and

Employee of the United States, as charged in Count 1 of this indictment, in violation of Title 18,

United States Code, Sections 924(c)(1)(A)(iii) and 2.


A TRUE BILL.


Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government

Act of 2002.


2